EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

LORETTA SHEEHAN
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: loretta.sheehan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 15 2003

at ____ o'clock and ____ min. ___ M
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. **CR03 00506** DAE |
| Plaintiff, | ) | INDICTMENT |
| v. | ) | |
| RONALD DECKER, | ) | [21 U.S.C. §§ 841(a)(1) 841(b)(1)(C)] |
| Defendant. | ) | |

INDICTMENT

COUNT 1

The Grand Jury charges:

On or about July 31, 2002, in the District of
Hawaii, RONALD DECKER knowingly and intentionally
distributed a quantity of cocaine base, to wit,
approximately .091 grams of cocaine base, a Schedule II
controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

<u>COUNT 2</u>

The Grand Jury further charges:

On or about August 7, 2002, in the District of Hawaii, RONALD DECKER knowingly and intentionally distributed a quantity of cocaine base, to wit, approximately .108 grams of cocaine base, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

DATED: _____OCT 1 5 2003_____, at Honolulu, Hawaii.

A TRUE BILL.

/s/

FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI
Chief, Narcotics Section

LORETTA SHEEHAN
Assistant U.S. Attorney

2